543 A.2d 491

**FR & S, INC., Appellee,**

v.

**COMMONWEALTH of Pennsylvania DEPT. OF ENVIRONMENTAL RESOURCES.**

**No. 010 M.D. Appeal Docket 1988.**

Supreme Court of Pennsylvania.

May 17, 1988.

## ORDER

Jurisdictional Statement is dismissed as moot in view of the order entered by this Court at No. 77 M.D. Allocatur Docket 1988, 541 A.2d 1392.